UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREN D. JONES,<br><br>                      Plaintiff,<br><br>v.<br><br>CAM THUY QUANG TRAN, et al.,<br><br>                    Defendants. | Case No.:  3:24-cv-2032-CAB-MMP<br><br>**ORDER:**<br>**(1) DENYING MOTIONS TO DISMISS AS MOOT [Doc. Nos. 11, 12, 15];**<br>**(2) VACATING CURRENT BRIEFING SCHEDULE [Doc. No. 17]; and**<br>**(3) REQUIRING PLAINTIFF TO SHOW CAUSE REGARDING JURISDICTION.** |

On March 18, 2026, Plaintiff filed a First Amended Complaint with revised defendants and claims.  [Doc. No. 18 ("FAC").]  The Court therefore **DENIES AS MOOT** the pending motions to dismiss based on the original Complaint, [Doc. Nos. 11, 12, 15], and **VACATES** the related briefing schedule, [Doc. No. 17].

The Court may consider the issue of subject matter jurisdiction *sua sponte* at any time during the proceeding, and if the Court finds it lacks subject matter jurisdiction, the Court must dismiss the action.  Fed. R. Civ. P. 12(h)(3); *Scholastic Ent., Inc. v. Fox Ent. Grp., Inc.*, 336 F.3d 982, 985 (9th Cir. 2003).

1

The FAC alleges diversity jurisdiction as the basis for this Court's jurisdiction. [Doc. No. 18 at 5.]  However, it appears that Plaintiff and several of the named Defendants are citizens of California.  [*Id.* at 4 (naming "Kaiser Foundation Health Plan Inc., Kaiser Foundation Hospitals, and Southern California Permanente Medical Group" as Defendants with an address in Pasadena, California), and 5 (identifying Plaintiff as a California citizen).]  The FAC thus indicates that complete diversity is lacking.  In the absence of complete diversity or federal question jurisdiction, federal courts are without power to adjudicate a case.  *Owens Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 377 (2006).

Plaintiff is therefore ordered to show cause by **March 31, 2026**, the basis for subject matter jurisdiction in this case.  If Plaintiff does not respond to this order by **March 31, 2026**, this case shall be **dismissed without prejudice** for improper subject matter jurisdiction, allowing Plaintiff to refile in the appropriate court.

It is **SO ORDERED**.

Dated:  March 19, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:24-cv-2032-CAB-MMP